AUG 11 2022
Clerk, U.S. Courts
District of Montana
Missoula Division

UNITED STATES DISTRICT COURT

DISTRICT OF MONTANA

BUTTE DIVISION

STEPHEN P. KELLY,
　Plaintiff,

VS. CASE NO. CV-22-56-BU-BMM-JTJ.

NATIONAL PARK SERVICE, a federal agency, et-al,
　Defendant's.

MOTION TO DIRECT SERVICE OF PROCESS

(1)

Comes now the Plaintiff in the above captioned matter and moves this Hon. Court as follows:

This concise motion is brought pursuant to, (Fed.R.Civ.P.4(d) in request that a waiver of service of summons be sent to the defendant's attorney, the United States attorney's office, by this Hon. Court, and by order of this court.

Plaintiff KELLY, has in fact filed this case, and has moved to proceed in forma pauperis, and obtains no other way or form in which to ensure that service of process is in fact effected upon federal defendant's, and most respectfully request that the entry of an order be generated directing the clerk of this court to send this civil process to federal defendant's as follows:

(2)

(A) Send an official copy of the civil complaint; (B) Send a copy of this courts order; (C) Send an official Notice of Lawsuit and request to waive service of Summons; (D) Send a waiver of service of summons to federal defendant's, at the specific mailing address here provided by Plaintiff.

Here Plaintiff KELLY, provides a clear competent service and mailing address for defendant's attorney, where Plaintiff KELLY, has made clear contact directly with the United States attorney's office - civil Division in wyoming, and that concise office does in fact desire that service of process be effected directly upon their office. The court to mail this civil process and rule (4) waiver to; U.S. Attorney's office - 2120 capital Ave., Rm. #4002, cheyenne, W.Y.

(3)

82001.

Signed this 9th day of August, 2022.

_Stephen P. Kelly_
(SIGNATURE OF PLAINTIFF)

(4)