UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| STEPHEN PATRICK KELLY,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>NATIONAL PARK SERVICE, YELLOWSTONE NATIONAL PARK, AND TWO UNKNOWN PARK RANGERS,<br><br>　　　　Defendant. | Case No. CV-22-56 -BU-BMM-JTJ<br><br>JUDGMENT IN A CIVIL CASE |

　　**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**　X　Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

　　IT IS ORDERED AND ADJUDGED Accordingly, IT IS ORDERED: Plaintiff Kelly's Complaint (Doc. 2) is hereby DISMISSED without prejudice for failure to provide an updated physical address. L.R. 5.3(a)(2), (b)(1). The Clerk of Court is directed to enter judgment forthwith..

　　Dated this 17th day of February, 2023.

　　　　　　　　　　　　　　TYLER P. GILMAN, CLERK

　　　　　　　　　　　　　　By: /s/ Kelsey Hanning
　　　　　　　　　　　　　　Kelsey Hanning, Deputy Clerk